IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAMERON L. HAYWOOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOMEZ, et al.,<br><br>　　　　　Defendants. | 2:22-cv-01645-TLN CKD<br><br>ORDER |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a motion to opt out of the Post-Screening ADR Project is granted. The deadline to file a motion to opt out of the Post-Screening ADR Project is extended to March 10, 2023.

Dated:  December 16, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE