IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAMERON L. HAYWOOD,**<br><br>                                              Plaintiff,<br><br>     v.<br><br>**GOMEZ, et al.,**<br><br>                                              Defendants. | Case No. 2:22-cv-1645 TLN CKD (PC)<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for a second extension of time to file a motion to opt out of the Post-Screening ADR Project and to extend the case stay for ADR is granted. The deadline to file a motion to opt out of the Post-Screening ADR Project and the case stay are extended to April 10, 2023.

Dated:  March 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE